# EXHIBIT A

**DETAILS for 859-509-5948, RICKY continued**

## ➤ SUBSCRIBER ACTIVITY DETAIL

### Cellular Services Call Detail

| No. | Date | Time | Call To | Number | Footnote (See Pg. 2)/Min:Sec | Usage | *Long Dist/Other | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 297 | 08/28 | 12:15P | LEXINGTON,KY | 859-425-7800 PP/FU | 2:00 | | 0.00 | 0.00 |
| 298 | 08/28 | 12:25P | Incoming | | 2:00 | | 0.00 | 0.00 |
| 299 | 08/28 | 12:28P | Incoming | 859-425-7800 PP/NN | 2:00 | | 0.00 | 0.00 |
| 300 | 08/28 | 12:55P | TULLAHOMA,TN | 931-455-1602 PP/NN/PU | 1:00 | | 0.00 | 0.00 |
| 301 | 08/28 | 01:11P | Incoming | 931-455-0600 PP/NN | 6:00 | | 0.00 | 0.00 |
| 302 | 08/28 | 02:04P | Incoming | 889-381-0600 PP/NN | 2:00 | | 0.00 | 0.00 |
| 303 | 08/28 | 02:09P | Incoming | 931-469-1602 PP/NN | 2:00 | | 0.00 | 0.00 |
| 304 | 08/28 | 03:12P | LEXINGTON,KY | 859-428-7800 PP/NN/PU | 1:00 | | 0.00 | 0.00 |
| 305 | 08/28 | 03:12P | LEXINGTON,KY | 859-428-7800 PP/NN/PU | 11:00 | | 0.00 | 0.00 |
| 306 | 08/28 | 03:35P | LEXINGTON,KY | 859-428-7800 PP/NN/PU | 11:00 | | 0.00 | 0.00 |
| 307 | 08/28 | 03:40P | NICHOLASVL,KY | 859-885-1799 PP/NN/PU | 1:00 | | 0.00 | 0.00 |
| 308 | 08/28 | 04:07P | RICHMOND,KY | 270-208-9271 PP/NN/PU | 1:00 | | 0.00 | 0.00 |
| 309 | 08/28 | 04:12P | NICHOLASVL,KY | 859-885-1020 PP/NN/PU | 3:00 | | 0.00 | 0.00 |
| 310 | 08/28 | 04:12P | WILLIAMSTN,KY | 859-242-1528 PP/NN/PU | 12:00 | | 0.00 | 0.00 |
| 311 | 08/28 | 04:31P | NICHOLASVL,KY | 859-885-1020 PP/NN/PU | 3:00 | | 0.00 | 0.00 |
| 312 | 08/28 | 05:04P | Incoming | 859-887-5926 PP | 4:00 | | 0.00 | 0.00 |
| 313 | 08/28 | 05:14P | Incoming | 859-887-5926 PP | 1:00 | | 0.00 | 0.00 |
| 314 | 08/28 | 05:14P | Incoming | 859-939-4243 PP | 1:00 | | 0.00 | 0.00 |
| 315 | 08/28 | 05:14P | Incoming | 859-338-4243 PP | 2:00 | | 0.00 | 0.00 |
| 316 | 08/28 | 09:12P | Incoming | 859-338-4243 PP | 6:00 | | 0.00 | 0.00 |
| 317 | 08/29 | 09:12A | WILLIAMSTN,KY | 859-659-1399 PP | 1:00 | | 0.00 | 0.00 |
| 318 | 08/29 | 10:28A | Incoming | 859-242-1528 OP/FU | 8:00 | | 0.00 | 0.00 |
| 319 | 08/29 | 10:28A | Incoming | 859-659-1399 PP | 9:00 | | 0.00 | 0.00 |
| 320 | 08/29 | 11:12A | LEXINGTON,KY | 270-222-0132 PP/FU | 1:00 | | 0.00 | 0.00 |
| 321 | 08/29 | 11:25A | Incoming | 859-425-7800 PP/FU | 8:00 | | 0.00 | 0.00 |
| 322 | 08/29 | 12:13P | Incoming | 859-425-7800 PP | 1:00 | | 0.00 | 0.00 |
| 323 | 08/29 | 01:13P | Incoming | 859-284-4908 PP | 2:00 | | 0.00 | 0.00 |
| 324 | 08/29 | 02:04P | Incoming | 859-021-3106 PP | 1:00 | | 0.00 | 0.00 |
| 325 | 08/29 | 03:23P | LEXINGTON,KY | Voicemail PP/FU | 2:00 | | 0.00 | 0.00 |
| 326 | 08/29 | 03:23P | Incoming | Voicemail PP/FU | 2:00 | | 0.00 | 0.00 |
| 327 | 08/29 | 03:39P | TULLAHOMA,TN | 931-455-1602 PP/FU | 5:00 | | 0.00 | 0.00 |
| 328 | 08/29 | 03:49P | LEXINGTON,KY | 270-222-0132 PP/FU | 1:00 | | 0.00 | 0.00 |
| 329 | 08/29 | 05:14P | Incoming | 931-455-1602 PP/FU | 1:00 | | 0.00 | 0.00 |
| 330 | 08/29 | 05:29P | OWENSBORO,KY | 931-455-1602 PP/FU | 2:00 | | 0.00 | 0.00 |
| 331 | 08/29 | 07:16A | Incoming | 859-242-1626 PP | 2:00 | | 0.00 | 0.00 |
| 332 | 08/30 | 10:10M | Incoming | 859-385-6168 OP/FU | 2:00 | | 0.00 | 0.00 |
| 333 | 08/30 | 10:12A | LEXINGTON,KY | 859-425-7800 PP | 1:00 | | 0.00 | 0.00 |
| 334 | 08/30 | 11:30A | Incoming | 859-425-7800 PP | 2:00 | | 0.00 | 0.00 |
| 335 | 08/30 | 11:34A | LEXINGTON,KY | 859-425-7800 PP/PU | 3:00 | | 0.00 | 0.00 |
| 336 | 08/30 | 12:11P | Incoming | Voicemail PP/PU | 6:00 | | 0.00 | 0.00 |
| 337 | 08/30 | 12:12P | LEXINGTON,KY | 270-222-0132 PP | 1:00 | | 0.00 | 0.00 |
| 338 | 08/30 | 12:15P | Incoming | 859-262-0011 PP/FU | 6:00 | | 0.00 | 0.00 |
| 339 | 08/30 | 12:18P | Incoming | 859-262-0011 PP/FU | 4:00 | | 0.00 | 0.00 |
| 340 | 08/30 | 12:09P | Toll Free Call | 888-704-2474 PP/PU | 7:00 | | 0.00 | 0.00 |
| 341 | 08/30 | 12:49P | LOUISVILLE,KY | 502-267-7322 PP/PU | 2:00 | | 0.00 | 0.00 |
| 342 | 08/30 | 12:51P | FISHERS,IN | 317-840-6933 PP/PU | 2:00 | | 0.00 | 0.00 |
| 343 | 08/30 | 01:10P | TULLAHOMA,TN | 931-455-1602 PP/PU | 3:00 | | 0.00 | 0.00 |
| 344 | 08/30 | 01:12P | LEXINGTON,KY | 859-260-6844 PP/PU | 6:00 | | 0.00 | 0.00 |
| 345 | 08/30 | 01:18P | Incoming | 859-425-7800 PP/PU | 8:00 | | 0.00 | 0.00 |
| 346 | 08/30 | 02:46P | OWENSBORO,KY | 859-425-7800 PP/PU | 1:00 | | 0.00 | 0.00 |
| 347 | 08/30 | 03:12P | LEXINGTON,KY | 270-222-0132 PP | 4:00 | | 0.00 | 0.00 |
| 348 | 08/30 | 03:14P | LEXINGTON,KY | 859-425-7800 PP | 1:00 | | 0.00 | 0.00 |

Account Number
Account Name   RICKY DAVENPORT

Billing Period   08/13/07-09/12/07
Invoice Date   September 16, 2007
Page   8 of 11

### Cellular Services Call Detail

| No. | Date | Time | Call To | Number | Footnote (See Pg. 2)/Min:Sec | Usage | *Long Dist/Other | Total Charges |
|---|---|---|---|---|---|---|---|---|
| 349 | 08/30 | 03:16P | Incoming | 859-425-7800 PP | 4:30 | | 0.00 | 0.00 |
| 350 | 08/30 | 04:09P | Incoming | 270-222-0132 PP | 4:30 | | 0.00 | 0.00 |
| 351 | 08/30 | 04:17P | Incoming | 859-242-1528 PP/CW | 1:00 | | 0.00 | 0.00 |
| 352 | 08/30 | 04:29P | NICHOLASVL,KY | 859-887-9972 PP/PU | 1:00 | | 0.00 | 0.00 |
| 353 | 08/31 | 09:00A | LEXINGTON,KY | 859-659-1399 PP/PU | 1:00 | | 0.00 | 0.00 |
| 354 | 08/31 | 09:03A | Incoming | 859-887-5926 PP/FU | 6:00 | | 0.00 | 0.00 |
| 355 | 08/31 | 09:08A | Incoming | 859-887-5926 PP/PU | 1:00 | 0.45 | 0.00 | 0.00 |
| 356 | 08/31 | 09:10A | LEXINGTON,KY | 859-262-0011 PP/PU | 6:00 | | 0.00 | 0.00 |
| 357 | 08/31 | 09:14A | Incoming | 859-262-0011 PP/PU | 1:00 | 1.80 | 0.00 | 0.00 |
| 358 | 08/31 | 09:45A | LEXINGTON,KY | 859-423-7800 PP | 41:00 | | 0.00 | 0.00 |
| 359 | 08/31 | 10:28A | NICHOLASVL,KY | 859-423-7800 PP | 0.00 | | 0.00 | 0.00 |
| 360 | 08/31 | 10:34A | Incoming | 859-959-9959 PP | 0.00 | | 1.80 | 1.80 |
| 361 | 08/31 | 10:30A | LEXINGTON,KY | 859-423-7800 PP | 0.45 | | 0.00 | 0.00 |
| 362 | 08/31 | 10:31A | NICHOLASVL,KY | 859-885-9959 PP | 0.45 | | 0.00 | 0.00 |
| 363 | 08/31 | 11:05A | WILLIAMSTN,KY | 859-885-2726 PP | 6:00 | | 0.45 | 0.45 |
| 364 | 08/31 | 11:24A | WILLIAMSTN,KY | 859-885-9858 PP | 2:00 | | 0.00 | 0.00 |
| 365 | 08/31 | 11:24A | WILLIAMSTN,KY | 859-242-1528 PP | 2.70 | | 0.00 | 0.00 |
| 366 | 08/31 | 11:24A | Toll Free Call | 616-236-6227 PP | 2:00 | | 0.00 | 0.00 |
| 367 | 08/31 | 11:47A | WILLIAMSTN,KY | 859-242-4355 PP | 16:00 | | 7.20 | 7.20 |
| 368 | 08/31 | 12:13P | LEXINGTON,KY | 669-971-4355 PP | 0.45 | | 7.20 | 7.20 |
| 369 | 08/31 | 12:13P | LEXINGTON,KY | 859-242-4355 PP | 0.45 | | 0.00 | 0.00 |
| 370 | 08/31 | 01:51P | Incoming | 859-659-0606 PP | 0.45 | | 0.00 | 0.00 |
| 371 | 08/31 | 02:12P | FTON,KY | 859-242-1528 PP | 1:00 | | 0.00 | 0.00 |
| 372 | 08/31 | 02:14P | Toll Free Call | 801-220-2874 PP | 1:00 | | 0.00 | 0.00 |
| 373 | 08/31 | 02:14P | Incoming | 859-971-4356 PP | 2:00 | | 0.00 | 0.00 |
| 374 | 08/31 | 02:51P | Incoming | 502-583-1668 PP | 0.45 | | 0.00 | 0.00 |
| 375 | 08/31 | 03:12P | Incoming | 859-242-1626 PP | 0.45 | | 0.00 | 0.00 |
| 376 | 08/31 | 03:12P | LEXINGTON,KY | 859-971-4555 PP | 1:00 | | 0.00 | 0.00 |
| 377 | 08/31 | 03:21P | Incoming | 931-455-4555 PP | 0.45 | | 0.00 | 0.00 |
| 378 | 08/31 | 03:21P | Incoming | 859-242-1528 PP | 2:00 | | 0.00 | 0.00 |
| 379 | 09/03 | 03:17P | Incoming | 931-455-1520 PP | 1:00 | | 0.00 | 0.00 |
| 380 | 09/03 | 03:14P | Incoming | 859-242-1528 PP | 3:00 | | 0.00 | 0.00 |
| 381 | 08/31 | 04:11P | LEXINGTON,KY | 931-455-1602 PP | 2:00 | | 0.00 | 0.00 |
| 382 | 08/31 | 04:11P | LEXINGTON,KY | 859-971-4356 PP | 0.45 | | 0.00 | 0.00 |
| 383 | 08/31 | 05:29P | NICHOLASVL,KY | 859-887-9972 PP | 1:00 | | 0.00 | 0.00 |
| 384 | 09/02 | 01:49P | Incoming | 859-887-9972 PP | 0.45 | | 0.00 | 0.00 |
| 385 | 09/02 | 01:46P | WILLIAMSTN,KY | 859-887-9972 PP | 1:00 | | 0.00 | 0.00 |
| 386 | 09/02 | 01:23P | Incoming | 859-242-1528 OP | 0.45 | | 0.00 | 0.00 |
| 387 | 09/02 | 01:46P | Incoming | 859-242-1528 OP/FU | 1:00 | | 0.00 | 0.00 |
| 388 | 09/02 | 10:47P | WILLIAMSTN,KY | 859-887-9972 PP | 1:00 | | 0.00 | 0.00 |
| 389 | 09/02 | 10:47P | Incoming | 859-242-1528 PP/FU | 1:00 | | 0.00 | 0.00 |
| 390 | 09/02 | 12:12P | LEXINGTON,KY | 859-242-1528 OP/FU | 1:00 | | 0.00 | 0.00 |
| 391 | 09/02 | 12:12P | NICHOLASVL,KY | 859-242-1528 OP/FU | 1:00 | | 0.00 | 0.00 |
| 392 | 09/04 | 12:12P | NICHOLASVL,KY | 859-242-1528 PP | 0.45 | | 0.00 | 0.00 |
| 393 | 09/04 | 12:12P | LEXINGTON,KY | 859-885-1020 PP | 0.46 | | 0.00 | 0.00 |
| 394 | 09/04 | 12:16P | WILLIAMSTN,KY | 859-885-1789 PP | 2:00 | | 0.00 | 0.00 |
| 395 | 09/04 | 12:17P | Incoming | 859-242-1528 PP | 1:00 | | 0.45 | 0.45 |
| 396 | 09/04 | 12:23P | Incoming | 859-242-1528 PP | 1:00 | | 0.45 | 0.45 |
| 397 | 09/04 | 12:34P | Incoming | 859-242-1528 PP | 11:00 | | 7.20 | 7.20 |
| 398 | 09/04 | 12:34P | NICHOLASVL,KY | 899-242-1528 PP | 14:00 | | 6.30 | 6.30 |
| 399 | 09/04 | 01:23P | NICHOLASVL,KY | 859-887-9972 PP | 1:00 | | 6.30 | 6.30 |
| 400 | 09/04 | 03:58P | LEXINGTON,KY | 931-455-1602 PP | 0.90 | | 0.90 | 0.90 |
| 401 | 09/04 | 03:58P | Toll Free Call | 800-727-4355 PP | 2:00 | | 0.00 | 0.00 |
| 402 | 09/04 | 03:56P | Toll Free Call | 800-727-4355 PP | 0.00 | | 0.00 | 0.00 |
| 403 | 09/05 | 07:24A | Incoming | 859-425-7800 PP | 15:00 | | 0.00 | 0.00 |
| 404 | 09/05 | 07:47A | LEXINGTON,KY | 859-425-7800 PP | 1:00 | | 6.76 | 6.76 |
| 405 | 09/05 | 08:07A | Incoming | 859-425-7800 PP | 3:00 | | 1.35 | 1.35 |


Sprint