# EXHIBIT D



# YOUR SPRINT INVOICE

## DETAILS for 859-509-5948, RICKY continued

### SUBSCRIBER ACTIVITY DETAIL

#### Cellular Services Call Detail

| No. | Date | Time | Call To | Number | Footnote (See pg. 2) | Min:Sec | Usage | *Long Dist./Other | Total Charges |
|---|---|---|---|---|---|---|---|---|---|
| 297 | 08/28 | 12:15P | LEXINGTON,KY | 859-425-7800 | PP/PU | 2:00 | 0.00 | 0.00 | 0.00 |
| 298 | 08/28 | 12:29P | Incoming | 859-425-7800 | PP/NN | 8:00 | 0.00 | 0.00 | 0.00 |
| 299 | 08/28 | 12:34P | Incoming | 859-425-7800 | PP/NN | 2:00 | 0.00 | 0.00 | 0.00 |
| 300 | 08/28 | 12:53P | TULLAHOMA,TN | 931-455-1602 | PP/NN/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 301 | 08/28 | 01:16P | Incoming | 859-425-7800 | PP/NN | 5:00 | 0.00 | 0.00 | 0.00 |
| 302 | 08/28 | 02:04P | Incoming | 859-381-6640 | PP/NN | 2:00 | 0.00 | 0.00 | 0.00 |
| 303 | 08/28 | 02:08P | Incoming | 931-455-1602 | PP/NN | 2:00 | 0.00 | 0.00 | 0.00 |
| 304 | 08/28 | 03:25P | LEXINGTON,KY | 859-425-7800 | PP/NN/PU | 2:00 | 0.00 | 0.00 | 0.00 |
| 305 | 08/28 | 03:29P | LEXINGTON,KY | 859-425-7800 | PP/NN/PU | 2:00 | 0.00 | 0.00 | 0.00 |
| 306 | 08/28 | 03:58P | NICHOLASVL,KY | 859-885-1789 | PP/NN/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 307 | 08/28 | 03:47P | ELIZABTHTN,KY | 270-268-8271 | PP/NN/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 308 | 08/28 | 04:10P | NICHOLASVL,KY | 859-885-1789 | PP/NN/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 309 | 08/28 | 04:12P | NICHOLASVL,KY | 859-885-1020 | PP/NN/PU | 3:00 | 0.00 | 0.00 | 0.00 |
| 310 | 08/28 | 04:25P | WILLIAMSTN,KY | 859-242-1526 | PP/NN/PU | 12:00 | 0.00 | 0.00 | 0.00 |
| 311 | 08/28 | 04:31P | Incoming | 859-242-1526 | PP | 1:00 | 0.00 | 0.00 | 0.00 |
| 312 | 08/28 | 05:02P | Incoming | 859-887-9972 | PP | 4:00 | 0.00 | 0.00 | 0.00 |
| 313 | 08/28 | 05:44P | Incoming | 859-338-4243 | PP | 1:00 | 0.00 | 0.00 | 0.00 |
| 314 | 08/28 | 05:46P | Incoming | 859-338-4243 | PP | 2:00 | 0.00 | 0.00 | 0.00 |
| 315 | 08/28 | 05:47P | Incoming | 859-338-4243 | PP | 1:00 | 0.00 | 0.00 | 0.00 |
| 316 | 08/28 | 09:22P | WILLIAMSTN,KY | 859-242-1525 | OP/PU | 6:00 | 0.00 | 0.00 | 0.00 |
| 317 | 08/29 | 09:25A | Incoming | 859-242-1526 | PP | 1:00 | 0.00 | 0.00 | 0.00 |
| 318 | 08/29 | 10:28A | Incoming | 859-559-1399 | PP | 3:00 | 0.00 | 0.00 | 0.00 |
| 319 | 08/29 | 11:12A | LEXINGTON,KY | 270-222-0132 | PP | 8:00 | 0.00 | 0.00 | 0.00 |
| 320 | 08/29 | 11:29A | Incoming | 859-425-7800 | PP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 321 | 08/29 | 12:37P | Incoming | 859-425-7800 | PP | 1:00 | 0.00 | 0.00 | 0.00 |
| 322 | 08/29 | 01:13P | Incoming | 859-264-8668 | PP | 1:00 | 0.00 | 0.00 | 0.00 |
| 323 | 08/29 | 02:04P | Incoming | 859-621-3106 | PP | 2:00 | 0.00 | 0.00 | 0.00 |
| 324 | 08/29 | 03:12P | LEXINGTON,KY | VoiceMail | PP/PU | 2:00 | 0.00 | 0.00 | 0.00 |
| 325 | 08/29 | 03:28P | OWENSBORO,KY | 270-222-0132 | PP/PU | 5:00 | 0.00 | 0.00 | 0.00 |
| 326 | 08/29 | 03:35P | TULLAHOMA,TN | 931-455-1602 | PP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 327 | 08/29 | 03:43P | Incoming | 859-242-1526 | PP | 2:00 | 0.00 | 0.00 | 0.00 |
| 328 | 08/29 | 05:35P | Incoming | 859-425-7800 | PP | 2:00 | 0.00 | 0.00 | 0.00 |
| 329 | 08/29 | 05:48P | WILLIAMSTN,KY | VoiceMail | PP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 330 | 08/29 | 09:32P | NICHOLASVL,KY | 859-885-5189 | OP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 331 | 08/29 | 07:16A | Incoming | 859-885-6644 | PP | 2:00 | 0.00 | 0.00 | 0.00 |
| 332 | 08/30 | 10:08A | Incoming | 859-264-8668 | PP | 1:00 | 0.00 | 0.00 | 0.00 |
| 333 | 08/30 | 10:22A | LEXINGTON,KY | 859-425-7800 | PP | 2:00 | 0.00 | 0.00 | 0.00 |
| 334 | 08/30 | 11:30A | Incoming | 859-425-7800 | PP/PU | 2:00 | 0.00 | 0.00 | 0.00 |
| 335 | 08/30 | 11:34A | LEXINGTON,KY | 859-242-1526 | PP | 3:00 | 0.00 | 0.00 | 0.00 |
| 336 | 08/30 | 12:20P | TULLAHOMA,TN | VoiceMail | PP/PU | 2:00 | 0.00 | 0.00 | 0.00 |
| X337 | 08/30 | 12:13P | Incoming | 270-222-0132 | PP | 2:00 | 0.00 | 0.00 | 0.00 |
| 338 | 08/30 | 12:23P | LEXINGTON,KY | 859-252-0011 | PP/PU | 6:00 | 0.00 | 0.00 | 0.00 |
| 339 | 08/30 | 12:28P | Incoming | 270-268-8271 | PP | 4:00 | 0.00 | 0.00 | 0.00 |
| 340 | 08/30 | 12:30P | Toll Free Call | 888-704-2474 | PP/PU | 2:00 | 0.00 | 0.00 | 0.00 |
| 341 | 08/30 | 12:36P | Toll Free Call | 800-757-4365 | PP/PU | 7:00 | 0.00 | 0.00 | 0.00 |
| 342 | 08/30 | 12:49P | LOUISVILLE,KY | 502-267-7522 | PP/PU | 2:00 | 0.00 | 0.00 | 0.00 |
| 343 | 08/30 | 12:51P | FISHERS,IN | 317-849-6933 | PP/PU | 2:00 | 0.00 | 0.00 | 0.00 |
| 344 | 08/30 | 01:20P | TULLAHOMA,TN | 931-455-1602 | PP/PU | 3:00 | 0.00 | 0.00 | 0.00 |
| 345 | 08/30 | 01:28P | LEXINGTON,KY | 859-260-6644 | PP/PU | 2:00 | 0.00 | 0.00 | 0.00 |
| 346 | 08/30 | 02:48P | LEXINGTON,KY | 859-425-7800 | PP/PU | 6:00 | 0.00 | 0.00 | 0.00 |
| 347 | 08/30 | 02:49P | OWENSBORO,KY | 270-222-0132 | PP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 348 | 08/30 | 03:48P | LEXINGTON,KY | 859-425-7800 | PP/PU | 1:00 | 0.00 | 0.00 | 0.00 |

---

Account Number: [redacted]
Account Name: RICKY DAVENPORT

Billing Period: 08/13/07-09/12/07
Invoice Date: September 16, 2007
Page: 8 of 11

#### Cellular Services Call Detail

| No. | Date | Time | Call To | Number | Footnote (See pg. 2) | Min:Sec | Usage | *Long Dist./Other | Total Charges |
|---|---|---|---|---|---|---|---|---|---|
| 349 | 08/30 | 03:50P | Incoming | 859-425-7800 | PP | 4:00 | 0.00 | 0.00 | 0.00 |
| 350 | 08/30 | 04:00P | Incoming | 270-222-0132 | PP | 7:00 | 0.00 | 0.00 | 0.00 |
| 351 | 08/30 | 04:07P | Incoming | 859-242-1526 | PP/CW | 1:00 | 0.00 | 0.00 | 0.00 |
| 352 | 08/30 | 04:28P | NICHOLASVL,KY | 859-887-9972 | PP/PU | 6:00 | 0.00 | 0.00 | 0.00 |
| 353 | 08/31 | 08:34A | LEXINGTON,KY | 859-559-1399 | PP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 354 | 08/31 | 08:36A | Incoming | 859-559-1399 | PP | 3:00 | 0.00 | 0.00 | 0.00 |
| ✗355 | 08/31 | 09:00A | LEXINGTON,KY | 859-252-0011 | PP/PU | 6:00 | 0.45 | 0.00 | 0.45 |
| 356 | 08/31 | 09:06A | LEXINGTON,KY | 859-971-4356 | PP/PF | 5:00 | 0.45 | 0.00 | 0.45 |
| 357 | 08/31 | 09:24A | Incoming | 859-699-0606 | PP | 15:00 | 0.00 | 0.00 | 0.00 |
| 358 | 08/31 | 09:45A | LEXINGTON,KY | 859-425-7800 | PP | 4:00 | 1.80 | 0.00 | 1.80 |
| 359 | 08/31 | 10:26A | NICHOLASVL,KY | 859-885-9859 | PP | 1:00 | 0.45 | 0.00 | 0.45 |
| 360 | 08/31 | 10:27A | LEXINGTON,KY | 859-425-7800 | PP | 1:00 | 0.45 | 0.00 | 0.45 |
| 361 | 08/31 | 10:30A | NICHOLASVL,KY | 859-885-2726 | PP | 1:00 | 0.45 | 0.00 | 0.45 |
| 362 | 08/31 | 10:31A | NICHOLASVL,KY | 859-885-9858 | PP | 6:00 | 2.70 | 0.00 | 2.70 |
| 363 | 08/31 | 11:05A | WILLIAMSTN,KY | 859-242-1526 | PP | 1:00 | 0.45 | 0.00 | 0.45 |
| 364 | 08/31 | 11:26A | Incoming | 615-238-5227 | PP | 2:00 | 0.00 | 0.00 | 0.00 |
| 365 | 08/31 | 11:28A | WILLIAMSTN,KY | 859-242-1526 | PP | 1:00 | 0.45 | 0.00 | 0.45 |
| 366 | 08/31 | 11:29A | Toll Free Call | 800-757-4365 | PP | 16:00 | 7.20 | 0.00 | 7.20 |
| 367 | 08/31 | 11:47A | WILLIAMSTN,KY | 859-242-1526 | PP | 1:00 | 0.45 | 0.00 | 0.45 |
| 368 | 08/31 | 12:31P | LEXINGTON,KY | 859-971-4356 | PP | 1:00 | 0.45 | 0.00 | 0.45 |
| 369 | 08/31 | 12:32P | LEXINGTON,KY | 859-699-0605 | PP | 1:00 | 0.45 | 0.00 | 0.45 |
| 370 | 08/31 | 01:29P | Incoming | 859-242-1526 | PP | 1:00 | 0.00 | 0.00 | 0.00 |
| 371 | 08/31 | 02:12P | LEXINGTON,KY | 859-971-4356 | PP | 1:00 | 0.45 | 0.00 | 0.45 |
| 372 | 08/31 | 02:14P | Toll Free Call | 800-220-2274 | PP | 2:00 | 0.90 | 0.00 | 0.90 |
| 373 | 08/31 | 02:16P | LOUISVILLE,KY | 502-583-1665 | PP | 1:00 | 0.45 | 0.00 | 0.45 |
| 374 | 08/31 | 02:51P | Incoming | 859-242-1526 | PP | 1:00 | 0.00 | 0.00 | 0.00 |
| 375 | 08/31 | 03:05P | LEXINGTON,KY | 859-971-4356 | PP | 1:00 | 0.45 | 0.00 | 0.45 |
| 376 | 08/31 | 03:21P | Incoming | 931-455-1602 | PP | 2:00 | 0.00 | 0.00 | 0.00 |
| 377 | 08/31 | 03:26P | Incoming | 859-381-6680 | PP | 3:00 | 0.00 | 0.00 | 0.00 |
| 378 | 08/31 | 03:37P | Incoming | 859-242-1526 | PP | 2:00 | 0.00 | 0.00 | 0.00 |
| 379 | 08/31 | 03:40P | Incoming | 931-455-1602 | PP | 1:00 | 0.00 | 0.00 | 0.00 |
| 380 | 08/31 | 04:11P | LEXINGTON,KY | 859-971-4356 | PP | 1:00 | 0.45 | 0.00 | 0.45 |
| 381 | 08/31 | 04:16P | Incoming | 859-887-9972 | PP | 1:00 | 0.00 | 0.00 | 0.00 |
| 382 | 08/31 | 05:15P | NICHOLASVL,KY | 859-887-9972 | PP | 1:00 | 0.45 | 0.00 | 0.45 |
| 383 | 08/31 | 06:28P | NICHOLASVL,KY | 859-887-9972 | PP | 1:00 | 0.45 | 0.00 | 0.45 |
| 384 | 09/02 | 01:49P | WILLIAMSTN,KY | 859-242-1525 | OP/PU | 1:00 | 0.45 | 0.00 | 0.45 |
| 385 | 09/02 | 01:45P | Incoming | 859-242-1525 | OP | 1:00 | 0.00 | 0.00 | 0.00 |
| 386 | 09/02 | 01:46P | Incoming | 859-887-9972 | PP | 1:00 | 0.00 | 0.00 | 0.00 |
| 387 | 09/02 | 04:29P | Incoming | 859-887-9972 | OP | 1:00 | 0.00 | 0.00 | 0.00 |
| 388 | 09/02 | 10:47P | WILLIAMSTN,KY | 859-242-1525 | OP/PU | 1:00 | 0.45 | 0.00 | 0.45 |
| 389 | 09/02 | 10:48P | WILLIAMSTN,KY | 859-242-1525 | OP/PU | 1:00 | 0.00 | 0.00 | 0.00 |
| 390 | 09/04 | 09:34A | NICHOLASVL,KY | 859-885-1789 | PP | 1:00 | 0.00 | 0.00 | 0.00 |
| 391 | 09/04 | 12:12P | NICHOLASVL,KY | 859-887-9972 | PP | 1:00 | 0.45 | 0.00 | 0.45 |
| 392 | 09/04 | 12:12P | NICHOLASVL,KY | 859-887-9972 | PP | 1:00 | 0.45 | 0.00 | 0.45 |
| 393 | 09/04 | 12:13P | WILLIAMSTN,KY | 859-885-1020 | PP | 1:00 | 0.45 | 0.00 | 0.45 |
| 394 | 09/04 | 12:16P | WILLIAMSTN,KY | 859-338-4243 | PP | 2:00 | 0.90 | 0.00 | 0.90 |
| 395 | 09/04 | 12:17P | Incoming | 859-242-1525 | PP | 1:00 | 0.00 | 0.00 | 0.00 |
| 396 | 09/04 | 12:23P | Incoming | 859-242-1525 | PP | 1:00 | 0.00 | 0.00 | 0.00 |
| 397 | 09/04 | 12:29P | Incoming | 859-242-1525 | PP | 1:00 | 0.00 | 0.00 | 0.00 |
| 398 | 09/04 | 12:34P | NICHOLASVL,KY | 859-887-9972 | PP | 14:00 | 6.30 | 0.00 | 6.30 |
| 399 | 09/04 | 03:00P | NICHOLASVL,KY | 859-887-9972 | PP | 2:00 | 0.90 | 0.00 | 0.90 |
| 400 | 09/04 | 03:15P | NICHOLASVL,KY | 859-887-9972 | PP | 2:00 | 0.90 | 0.00 | 0.90 |
| 401 | 09/04 | 03:33P | Incoming | 931-455-1602 | PP | 2:00 | 0.00 | 0.00 | 0.00 |
| 402 | 09/04 | 03:56P | Toll Free Call | 800-757-4365 | PP | 15:00 | 6.75 | 0.00 | 6.75 |
| 403 | 09/05 | 07:24A | Incoming | 859-425-7800 | PP | 1:00 | 0.00 | 0.00 | 0.00 |
| 404 | 09/05 | 07:47A | LEXINGTON,KY | 859-242-1525 | PP | 3:00 | 1.35 | 0.00 | 1.35 |
| 405 | 09/05 | 08:07A | Incoming | 859-425-7800 | PP | 3:00 | 0.00 | 0.00 | 0.00 |

Continued...