UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

Eastern District of Kentucky
FILED
FEB 2 5 2008
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

RICK DAVENPORT,

    PLAINTIFF

v.                      Case No. 5:07-cv-00416 JMH

CREDIT BUREAU SYSTEMS, INC.,

    DEFENDANT.

**AGREED ORDER**

This Court has been informed that the parties to this litigation have reached agreement to settle and have finalized that settlement. The parties have stipulated that this case may be dismissed with prejudice.

IT IS HEREBY ORDERED and DIRECTED that this case be, and hereby is, dismissed with prejudice, and each party shall bear its own costs.

This the 25th day of February, 2008.

_Joseph M. Hood_
JUDGE, UNITED STATES DISTRICT COURT

AGREED TO:

_____
RICK DAVENPORT, pro se
PLAINTIFF

_____
BRIAN S. KATZ, ESQ.
ATTORNEY FOR DEFENDANT

Cc:    Counsel/Parties